IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANDRE DAVIS,** | : | |
| Petitioner | : | No. 1:21-cv-00891 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **RACHEL WHITE,** | : | |
| Respondent | : | |

## ORDER

**AND NOW**, this 29th day of October, 2021, upon consideration of the petition (Doc. No. 1) for writ of habeas corpus, and the Respondent's suggestion of mootness (Doc. No. 10), and for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. The petition (Doc. 1) for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** as moot; and

2. The Clerk of Court is **DIRECTED** to close this case.

s/ Yvette Kane<br>
Yvette Kane, District Judge<br>
United States District Court<br>
Middle District of Pennsylvania